558 A.2d 529

**COMMONWEALTH of Pennsylvania**

v.

**Jimmy GONZALES, Appellant.**

Supreme Court of Pennsylvania.

Dec. 12, 1988.

Neil E. Jokelson, Philadelphia, Pa., for appellant.

Ronald Eisenberg, Chief, Appeals, Dist. Attys. Office, Philadelphia, Pa., for appellee.

## ORDER

Petition for allowance of appeal was granted 11/18/86. Issues raised in that appeal have since been addressed in

*Com. v. Sojourner* and *McMillam v. Penna.* Petition for Clarification granted and appeal is dismissed as moot.